UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

IN RE CELEXA AND LEXAPRO          )          MDL DOCKET NO. 1736
PRODUCTS LIABILITY LITIGATION     )               ALL CASES

## MEMORANDUM AND ORDER TO SHOW CAUSE

This matter is before the Court on defendants' notice of plaintiff Terry Antalek's failure to comply with the Court's Order [#457] in the case styled Terry Antalek v. Forest Labs, Pharmaceutical, 4:09CV1519 RWS.  Defendants notify the Court that Antalek has failed to comply with this Court's December 12, 2006 case management Order by refusing to provide a completed fact sheet and executed authorizations to defendants.

Accordingly,

**IT IS HEREBY ORDERED** that **Terry Antalek shall show cause in writing by June 21, 2010 why his complaint should not be dismissed with prejudice for his failure to comply with the Court's December 12, 2006 case management Order, participate in discovery, and prosecute his case.  No extensions of time will be granted, and plaintiff Antalek's failure to timely comply with this Order will result in the dismissal of his action with prejudice without further notice from this Court.**

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 10th day of June, 2010.